# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 12, 2024

Lyle W. Cayce
Clerk

─────────────

No. 23-30398
Summary Calendar

─────────────

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

ROKEDRICK TYRELL WILLIBY,

*Defendant—Appellant*.

───────────────────────────────────

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:21-CR-92-3

───────────────────────────────────

Before GRAVES, WILLETT, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Rokedrick Tyrell Williby has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Williby has filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein, as well as Williby's

─────────────────────────

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 23-30398

response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.